UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHANIE O'CONNOR,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION,<br><br>　　　　　　　　　Defendant. | Case No. 3:13-cv-00274-MMD-WGC<br><br>ORDER |

　　　　Before the Court is Defendant's Application for Post-Dismissal Expungement of Notice of Lis Pendens ("Motion") (dkt. no. 24). Defendant seeks to expunge the lis pendens that was recorded on January 31, 2013, because this action was dismissed on February 10, 2014 (dkt. no. 23). Plaintiff relies upon an appeal filed in a separate action to oppose Defendant's request. (Dkt. no. 25.) The Court finds that because this action has been dismissed, the notice of lis pendens recorded in connection with this action must be expunged. Defendant's Motion is granted.

　　　　DATED THIS 19th day of August 2014.

　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE